1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD JANOIKO,                          Case No. 1:24-cv-00652-CDB (PC)

12              Plaintiff,                       ORDER GRANTING REQUEST TO
                                                 PROCEED *IN FORMA PAUPERIS*
13         v.
                                                 (Doc. 2)
14    MARINA MARCHAK, *et al*.,

15              Defendants.                      ORDER DIRECTING PAYMENT OF
                                                 INMATE FILING FEE BY CALIFORNIA
16                                               DEPARTMENT OF CORRECTIONS
                                                 AND REHABILITATION
17

18

19         Plaintiff Richard Janoiko ("Plaintiff") is a state prisoner proceeding pro se in this civil

20   rights action filed under 42 U.S.C. § 1983.  (Doc. 1).  Plaintiff has requested leave to proceed *in*

21   *forma pauperis* pursuant to 28 U.S.C. § 1915 and has made the showing required by subsection

22   1915(a).  (Docs. 2, 6).  Accordingly, the request to procced *in forma pauperis* is GRANTED.

23         Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make

24   monthly payments in the amount of twenty percent (20%) of the preceding month's income

25   credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(1).  The California Department of

26   Corrections and Rehabilitation is required to send to the Clerk of Court payments from Plaintiff's

27   account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid

28   in full. 28 U.S.C. § 1915(b)(2).

Accordingly, it is hereby ORDERED:

1.     Plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is GRANTED;

**2.     The Director of the California Department of Corrections and Rehabilitation or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court.  The payments shall clearly identify the name and number assigned to this action.**

3.     The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections and Rehabilitation via the Court's electronic case filing system (CM/ECF).

4.     The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **June 5, 2024**

_____
UNITED STATES MAGISTRATE JUDGE