UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JANOIKO,<br><br>    Plaintiff,<br><br>v.<br><br>MARINA MARCHAK, *et al.*,<br><br>    Defendants. | Case No.: 1:24-cv-00652-CDB<br><br>ORDER DISCHARGING JUNE 12, 2025, ORDER TO SHOW CAUSE<br><br>(Doc. 17)<br><br>ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 120 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Richard Janoiko ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action with the filing of a complaint on June 3, 2024. (Doc. 1). Following screening, this action proceeds on Plaintiff's Eighth Amendment claim for medical indifference to serious medical needs against Defendants Marina Marchak, Steven Galarza, and Vahid Nikzad ("Defendants"), all of whom are doctors at Corcoran State Prison ("CSP"). (*See* Doc. 10).

After Defendant Marchak failed to timely file an answer to the complaint (*i.e.*, on June 10, 2025), on June 12, 2025, the Court ordered Defendant Marchak to show cause in writing why default should not be entered against her. (Doc. 2). Thereafter, on June 25, 2025, all Defendants (including Marchak) filed an answer to the complaint. (Doc. 18). In light of Defendant Marchak's filing of her answer to the complaint (albeit untimely), the Court finds good cause to discharge the

June 12, 2025, order to show cause (Doc. 17).

The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively.

The Court stays this action for 120 days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

Accordingly, it is hereby **ORDERED**:

1. The June 12, 2025, order to show cause (Doc. 17) is DISCHARGED.

2. This action is STAYED for **120 days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

3. **Within 45 days** from the date of this Order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

4. **Within 60 days** from the date of this Order, the assigned Deputy Attorney General SHALL contact the undersigned's Courtroom Deputy Clerk at cboren@caed.uscourts.gov to schedule the settlement conference, assuming all parties agree to participate in an early settlement conference.

5. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

6. The Clerk of the Court SHALL serve via email copies of Plaintiff's complaint (Doc. 1), the Court's April 21, 2025, screening order (Doc. 10), and this Order to Supervising Deputy Attorney General Lawrence Bragg (Lawrence.Bragg@doj.ca.gov), and a copy of this Order to ADR Coordinator Sujean

Park.

7. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated: __**June 26, 2025**__                   _____
                                                                 UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JANOIKO,<br><br>        Plaintiff,<br><br>  v.<br><br>MARINA MARCHAK, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00652-CDB<br><br>NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |

1. The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

    Yes \_\_\_\_        No \_\_\_\_

2. Plaintiff (check one):

    \_\_\_\_\_ would like to participate in the settlement conference in person.

    \_\_\_\_\_ would like to participate in the settlement conference by telephone or video conference.

Dated:

                                          _____
                                          Plaintiff or Counsel for Defendants