UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD JANOIKO,

Plaintiff,

v.

MARCHAK, *et al.*,

Defendants.

Case No. 1:24-cv-00652-KES-FJS (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR JURY TRIAL AS PREMATURE

(ECF No. 39)

Plaintiff Richard Janoiko ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Marchak, Galarza, and Nikzad ("Defendants") for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On June 18, 2026, Defendants filed a motion for summary judgment on the grounds that Plaintiff cannot establish a violation of the Eighth Amendment premised on medical deliberate indifference, that Defendants are entitled to qualified immunity because Plaintiff cannot establish that they violated clearly established law, and Plaintiff is not entitled to punitive damages because he cannot show the requisite intent. (ECF No. 34.) Plaintiff did not file an opposition.

On September 23, 2026, Plaintiff filed a motion requesting to "go all the way to jury trial" and stating that he does not agree with dismissal of this case. (ECF No. 39.)

Defendants have not had the opportunity to respond to Plaintiff's motion, but the court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

As explained in the court's prior order, (ECF No. 40), Defendants' motion for summary judgment remains pending before the court. Until the court resolves the motion for summary judgment, it is premature to set a trial date in this action. The court will address the motion for summary judgment in due course.

Based on the foregoing, Plaintiff's motion for jury trial, (ECF No. 39), is HEREBY DENIED, as premature.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE